THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* DAVID LAWRENCE, Petitioner-Appellant.

(No. 60490;

First District (5th Division)—February 14, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Thomas Finegan, Assistant Public Defender, of counsel), for appellant.

Bernard J. Carey, State's Attorney, of Chicago, for the People.